IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD LEE GREGORY, <br><br> Plaintiff, <br><br> v. <br><br> ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. CIV-13-56-HE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Richard Lee Gregory, and Defendant, Allstate Fire and Casualty Insurance Company, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41 (a)(1), hereby jointly stipulate to the dismissal of Plaintiff's claims against Defendant in their entirety with prejudice to their refiling. Each party shall bear its own attorney's fees and cost.

Dated this 29th day of April 2013.

| | |
|---|---|
| s/ Thomas J. Steece | s/ RONALD L. WALKER |
| Thomas J. Steece, OBA #11531 | RONALD L. WALKER, OBA #9295 |
| OKLAHOMA LEGAL SERVICES, P.L.L.C. | TOMLINSON · RUST · MCKINSTRY · GRABLE |
| 12313 Hidden Forest Boulevard | Two Leadership Square, Suite 450 |
| Oklahoma City, OK 73142 | 211 North Robinson Ave. |
| Telephone: 405/943-8300 | Oklahoma City, OK 73102 |
| Facsimile: 405/603-7112 | Telephone: 405/606-3370 |
| E-mail: tsteece@coxinet.net | Facsimile: 877/917-1559 |
| *Attorney for Plaintiff* | E-mail: ronw@trmglaw.com |
| | *Attorney for Defendant* |